# United States Court of Appeals for the Ninth Circuit
## Record Transmittal Form

Date: September 28, 2006

To:    United States Court of Appeals    Attn:  (✓)    Civil
        For the Ninth Circuit
        Office of the Clerk                      ( )    Criminal
        95 Seventh Street
        San Francisco, California 94103    ( )    Judge

From: United States District Court
         300 Ala Moana Blvd. Room C-338
         Honolulu, Hawaii 96813

DC No:          CV 03-00038 HG         Appeal No:    05-15121

Short Title:      Guerrero vs. RJM Acquisitions LLC

| | | |
|---|---|---|
| Clerk's Files in | 3 | volumes (✓) original ( ) certified copy |
| Bulky docs | | volumes (folders)   docket # |
| Reporter's Transcripts | 1 | volumes (✓) original ( ) certified copy  5/17/2004 |
| Exhibits | | volumes ( ) under seal |
| | | boxes ( ) under seal |

Other:
-certified copy of docket sheet
-sealed document nos:

Acknowledgment: _____ Date: _____

cc: all counsels