AO 133 (Rev. 9/89) Bill of Costs

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 05 2007

at __4__ o'clock and _____ min. __P__ M.
SUE BEITIA, CLERK

# UNITED STATES DISTRICT COURT
District of Hawaii

KENNETH JON GUERRERO

V.

RJM ACQUISITIONS LLC

## BILL OF COSTS

Case Number: CV03-00038 HG

Judgment having been entered in the above entitled action on __8/23/2007__ against __Kenneth Jon Guerrero__, on appeal in the U.S. Court of Appeals for the Ninth Circuit the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk ...(receipt attached)................................................. | $ 255.00 |
| Fees for service of summons and subpoena ............................................. | |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case (receipt attached) | 22.48 |
| Fees and disbursements for printing ................................................... | |
| Fees for witnesses (itemize on reverse side) ........................................... | 0.00 |
| Fees for exemplification and copies of papers necessarily obtained for use in the case ........... | |
| Docket fees under 28 U.S.C. 1923 ..................................................... | |
| Costs as shown on Mandate of Court of Appeals ........................................ | |
| Compensation of court-appointed experts ............................................... | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ..... | |
| Other costs (please itemize) .......................................................... | |
| TOTAL | $ 277.48 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid to:   John H. Paer, Esq., attorney for Plaintiff

Signature of Attorney: _[signature]_

Name of Attorney: David J. Minkin, Esq.

For: RJM Acquisitions LLC
Name of Claiming Party

Date: SEP 0 5 2007

Costs are taxed in the amount of _____ and included in the judgment.

_____       By: _____       _____
Clerk of Court                       Deputy Clerk                        Date

**WITNESS FEES (computation, cf. 28 U.S.C. 1821 for statutory fees)**

| NAME AND RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | TOTAL | $0.00 |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
"Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
"A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
Rule 54 (d)
"Except when express provision therefor is made either in a statute of the United States or in these rules, costs shall be allowed as of course to the prevailing party unless the court otherwise directs, but costs against the United States, its officers, and agencies shall be imposed only to the extent permitted by law. Costs may be taxed by the clerk on one day's notice. On motion served within 5 days thereafter, the action of the clerk may be reviewed by the court."

Rule 6(e)
"Whenever a party has the right or is required to do some act or take some proceedings within a prescribed period after the service of a notice or other paper upon him and the notice or paper is served upon him by mail, 3 days shall be added to the prescribed period."

Rule 58 (In Part)
"Entry of the judgment shall not be delayed for the taxing of costs."

AO83

# Customer Copy

Receipt for Payment

**U.S. District Court - Hawaii**

For Internal Use Only

| | |
|---|---|
| Receipt | 227149 |
| Trans | 130677 |

Received From: MCCORRISTON MILLER
Case Number:
Reference Number: CV 03-38

| | | |
|---|---|---|
| | Check | 255.00 |
| | Total | 255.00 |

| Description | Fund | Qty | Amount |
|---|---|---|---|
| APPEAL, NOTICE OF, CROSS | 086900 | 1 | 255.00 |
| | | Total | 255.00 |
| | | Tend | 255.00 |
| | | Due | 0.00 |

01/11/2005 01:47:59 PM       Deputy Clerk: jp/DT

AO 44
(Rev. 12/89)

# UNITED STATES DISTRICT COURT
## FOR THE HAWAII

INVOICE NO: 20050094

**MAKE CHECKS PAYABLE TO:**

| | |
|---|---|
| DAVID MINKIN, Esq.<br>McCorriston Miller Mukai MacKinnon<br>Five Waterfront Plaza, 4th Floor<br>500 Ala Moana Boulevard<br>Honolulu, HI 96813<br><br>Phone: (808) 529-7300<br>FAX: | CYNTHIA FAZIO<br>United States Court Reporter<br>P.O. Box 50131<br>Honolulu, HI 96850<br><br>Phone: (808) 533-0102<br>FAX: (808) 533-0102<br>Tax ID: 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 |

☐ CRIMINAL   ☒ CIVIL

DATE ORDERED: 08-18-2005

DATE DELIVERED: 08-18-2005

Case Style: CV03-00038HG, KENNETH JON GUERRERO v RJM ACQUISITIONS, LLC

5/17/04: Motions for SJ

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | 26 | 0.83 | 21.58 | | | | 21.58 |
| Expedited | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |
| Misc. Desc. | | | | | | | | | MISC. CHARGES: | |
| | | | | | | | | TOTAL: | | 21.58 |
| | | | | | | | LESS DISCOUNT FOR LATE DELIVERY: | | | |
| | | | | | | | | TAX (If Applicable): | | 0.90 |
| | | | | | | | LESS AMOUNT OF DEPOSIT: | | | |
| | | | | | | | | TOTAL REFUND: | | |
| | | | | | | | | TOTAL DUE: | | $22.48 |

ADDITIONAL INFORMATION

Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

CERTIFICATION

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE: *Cynthia Fazio*

DATE: 08-18-2005

(All previous editions of this form are cancelled and should be destroyed)

PART 1 (ORIGINAL) - TO PARTY
PART 2 (YELLOW) - TO PARTY FOR RETURN WITH PAYMENT
PART 3 (PINK) - COURT REPORTER
PART 4 (BLUE) - COURT REPORTER SUPERVISOR

*paid 8/18/05*
*Ck. # 308940*