AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAII

Kenneth Jon Guerrero

Plaintiff(s),

V.

RJM Acquisitions, LLC.

Defendant(s).

JUDGMENT IN A CIVIL CASE

Case: 1:03-CV-00038-HG-LEK

[ ]  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[✓] **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that 1) the award of attorneys' fees in favor of Plaintiff Guerrero is VACATED; 2) Judgment in favor of Defendant RJM Acquisitions, LLC as to both Counts I and II, pursuant to the "Order Vacating Award of Attorneys' Fees to Plaintiff Kenneth Jon Guerrero and Entering Judgment on Counts I and II in Favor of Defendant RJM Acquisitions, LLC" signed by Chief Judge Helen Gillmor on December 10, 2007.

December 10, 2007
Date

SUE BEITIA
Clerk

(By) Deputy Clerk