# United States Court of Appeals for the Ninth Circuit
## Record Transmittal Form

Date: September 28, 2006

To: United States Court of Appeals    Attn: (✓)   Civil
     For the Ninth Circuit
     Office of the Clerk                   ( )   Criminal
     95 Seventh Street
     San Francisco, California 94103    ( )   Judge

From: United States District Court
       300 Ala Moana Blvd. Room C-338
       Honolulu, Hawaii 96813

DC No:      CV 03-00038 HG      Appeal No:    05-15121

Short Title:    Guerrero vs. RJM Acquisitions LLC

Clerk's Files in    3    volumes   (✓) original   ( ) certified copy

Bulky docs          volumes (folders)   docket #

Reporter's Transcripts    1    volumes   (✓) original   ( ) certified copy
                       5/17/2004

Exhibits            volumes ( ) under seal

                 boxes ( ) under seal

RECEIVED
CLERK U.S. DISTRICT COURT
DEC 17 2007
12:30 pm
DISTRICT OF HAWAII

Other:
-certified copy of docket sheet
-sealed document nos:

Acknowledgment: _____  Date: _____

cc: all counsels