McCORRISTON MILLER MUKAI MacKINNON LLP

DAVID J. MINKIN    3639-0
Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawai`i 96813
Telephone: (808) 529-7300

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 07 2008

at 4 o'clock and 50 min P M.
SUE BEITIA, CLERK

Attorney for Defendant
RJM ACQUISITIONS LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| KENNETH JON GUERRERO,<br><br>    Plaintiff,<br><br>vs.<br><br>RJM ACQUISITIONS, LLC,<br><br>    Defendant. | CIVIL NO. 03-00038 HG LEK<br><br>STIPULATION TO RELEASE FUNDS HELD PURSUANT TO COURT'S MINUTE ORDER GRANTING MOTION TO DEPOSIT FUNDS IN LIEU OF SUPERSEDEAS BOND, DATED OCTOBER 31, 2005 AND ORDER |

STIPULATION TO RELEASE FUNDS HELD PURSUANT TO COURT'S MINUTE ORDER GRANTING MOTION TO DEPOSIT FUNDS IN LIEU OF SUPERSEDEAS BOND, DATED OCTOBER 31, 2005

Plaintiff Kenneth Jon Guerrero ("Plaintiff") and Defendant RJM Acquisitions LLC ("Defendant") hereby stipulate and agree that the funds in the amount of SEVENTY ONE THOUSAND SIX

174654.1

HUNDRED SEVENTY THREE AND 32/100 DOLLARS ($71,673.32), and any interest accrued therein, deposited by Defendant via check number 001612, dated November 3, 2005, payable to Chief Clerk, U.S. District Court, pursuant to the Court's Minute Order Granting Motion to Deposit Funds in Lieu of Supersedeas Bond, dated October 31, 2005, shall be released and returned to Defendant's counsel, payable to McCorriston Miller Mukai MacKinnon LLP Client Trust Account, effective on the date of filing of this Stipulation.

DATED: 12/27/07          By: /S/John Paer
                              JOHN PAER
                              Attorney for Plaintiff
                              KENNETH JON GUERRERO


DATED: 12/31/07          By: /S/David J. Minkin
                              DAVID J. MINKIN
                              Attorney for Defendant
                              RJM ACQUISITIONS LLC


APPROVED AND SO ORDERED:

*/s/ Helen Gillmor*
Chief Judge Helen Gillmor

---

*Kenneth Jon Guerrero v. RJM Acquisitions, LLC;* Civil No. 03-00038 HG LEK; STIPULATION TO RELEASE FUNDS HELD PURSUANT TO COURT'S MINUTE ORDER GRANTING MOTION TO DEPOSIT FUNDS IN LIEU OF SUPERSEDEAS BOND, DATED OCTOBER 31, 2005 AND ORDER